**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| JEREMY SMITH, on behalf of himself and all other similarly situated persons, known and unknown, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 15-CV-9347 |
| LIQUORS GALORE, LLC d/b/a MAPLE PARK WINE & SPIRITS and NISHANT M. PATEL, | ) ) ) | Judge Chang |
| Defendants. | ) ) | |

**JOINT STIPULATION FOR VOLUNTARY DISMISSAL**

This Joint Stipulation for Voluntary Dismissal is respectfully submitted by Plaintiff Jeremy Smith (hereafter "Plaintiff"), and Defendants Liquors Galore, LLC d/b/a Maple Park Wine & Spirits and Nishant M. Patel, individually (hereafter "Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The Parties stipulate as follows:

1.  That on December 7, 2015, the Parties executed a settlement agreement resolving all of the claims in this matter.

2.  The settlement reached by the Parties calls for Defendants to make a series of installment payments, with the first installment payment on or before December 11, 2015, and the final installment payment due on April 11, 2016.

3.  The Parties hereby stipulate that this matter, including all Counts in the Complaint filed by Plaintiff, shall be dismissed in its entirety *without prejudice*, with each Party bearing its own attorneys' fees and costs, except as may be otherwise provided in the Parties' settlement agreement.

4.  The Parties further stipulate that the Court retains jurisdiction to enforce the

parties' settlement agreement upon motion filed by Plaintiff on or before April 22, 2016.

5. The Parties further stipulate that absent a motion brought by Plaintiff to enforce the settlement agreement, the dismissal of this matter without prejudice shall convert to a dismissal with prejudice on April 25, 2016.

                Respectfully submitted,

Dated: December 28, 2015

| s/Maureen A. Salas | s/Richard M. Hoffman (w/consent) |
|---|---|
| Douglas M. Werman | Richard M. Hoffman |
| Maureen A. Salas | Cohen, Salk & Huvard, P.C. |
| Sarah J. Arendt | 630 Dundee Rd, Suite 120 |
| Zachary C. Flowerree | Northbrook, IL 60062 |
| Werman Salas P.C. | |
| 77 West Washington Street, Suite 1402 | |
| Chicago, Illinois 60602 | |
| (312) 419-1008 | |
| | |
| Attorneys for Plaintiff | Attorneys for Defendants |